IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



FILED JUL 25 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SIDNEY RAE AIMSBACK, <br><br> Defendant. | CR-18-3-H-CCL <br><br><br> NOTICE TO REPRESENTED DEFENDANT |

Before the Court is Defendant Sidney Aimsback's July 23, 2018, letter which was received by the Clerk and filed under seal in accordance with Local Rule CR 44.1. Defendant represented by CJA appointed counsel, Mr. Jason Holden, and is not entitled to file *pro se* motions in addition to or independent of her counsel's representation. The Court hereby notifies Defendant that she should direct her inquiries and instructions to her counsel, Jason Holden.

The Clerk shall notify counsel and the Defendant of entry of this Notice.

Dated this 25th day of July, 2018.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE

1